**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Arthur Eleazer, Respondent,

v.

Leslie Hughey, Petitioner.

Appellate Case No. 2019-001191

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Richland County
Monét S. Pincus, Family Court Judge

Memorandum Opinion No. 2020-MO-017
Heard October 14, 2020 – Filed December 30, 2020

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Brett Lamb Stevens, Stevens Law, LLC; Bryan D. Caskey, Caskey & Imgrund, LLC, both of Columbia, for Petitioner.

Katherine Carruth Goode, of Winnsboro; Kenneth M. Mathews, of Columbia, both for Respondent.

---

**PER CURIAM:** We granted Leslie Hughey's petition for a writ of certiorari to review the court of appeals' decision in *Eleazer v. Hughey*, Op. No. 2019-UP-178 (S.C. Ct. App. filed May 22, 2019). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**